| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Francisco Jin** | |
| | First Name                          Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse if, filing) | First Name                          Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK | |
| Case number (if known) | 1-19-45642 | |

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

1.  **Schedule A/B: Property** (Official Form 106A/B)
    1a. Copy line 55, Total real estate, from Schedule A/B......................................................  $ _____ **0.00**

    1b. Copy line 62, Total personal property, from Schedule A/B.........................................  $ _____ **46,622.00**

    1c. Copy line 63, Total of all property on Schedule A/B...................................................  $ _____ **46,622.00**

### Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*...  $ _____ **0.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................  $ _____ **0.00**

    3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*...........................  $ _____ **2,237,999.03**

    **Your total liabilities**  $ _____ **2,237,999.03**

### Part 3:    Summarize Your Income and Expenses

4.  *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of *Schedule I*...........................................................  $ _____ **1,000.00**

5.  *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of *Schedule J*...................................................................  $ _____ **1,000.00**

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ☒ Yes

7.  **What kind of debt do you have?**

    ☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☒ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Francisco Jin**                                          Case number *(if known)*  **1-19-45642**

8.   **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
     122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                         $ _____

9.   Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Francisco Jin** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number | **1-19-45642** |

☐ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.
   ☐ Yes. Where is the property?

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ■ No
   ☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................=>

$0.00

**Part 3:** Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| Misc. Household Goods and Furnishings | $1,500.00 |
|---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Francisco Jin**                                                    Case number *(if known)*  **1-19-45642**

■ Yes. Describe.....

| Misc. Electronics | $1,000.00 |
|---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| Misc. Clothes | $1,500.00 |
|---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

| Misc. Jewelry | $1,500.00 |
|---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..............................................................    | $5,500.00 |

**Part 4:**  Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?    Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes.................................................................................................

Debtor 1    **Francisco Jin**                                    Case number *(if known)*  **1-19-45642**

**17.  Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes........................

|  |  | Institution name: | |
|---|---|---|---|
| 17.1. | **Personal Checkings** | **New Bank and Shinhan Bank in Flushing** | $900.00 |

**18.  Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes..................         Institution or issuer name:

**19.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

■ Yes.  Give specific information about them..................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Golden Mango Suffolk Corp** | **100** | % | $3,800.00 |

**20.  Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No

☐ Yes. Give specific information about them
        Issuer name:

**21.  Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No

☐ Yes. List each account separately.
        Type of account:        Institution name:

**22.  Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No

☐ Yes. .....................        Institution name or individual:

**23.  Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No

☐ Yes.............        Issuer name and description.

**24.  Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No

☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No

☐ Yes.  Give specific information about them...

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No

☐ Yes.  Give specific information about them...

**27.  Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No

☐ Yes.  Give specific information about them...

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Francisco Jin**

Case number *(if known)*   **1-19-45642**

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
☐ No
☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| 2018 Tax was Filed but now the amount of refund is pending | **Federal** | $36,422.00 |
| --- | --- | --- |

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☑ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
☑ No
☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☑ No
☐ Yes. Name the insurance company of each policy and list its value.
         Company name:                           Beneficiary:                    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☑ No
☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☑ No
☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☑ No
☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
☑ No
☐ Yes.  Give specific information..

36.   **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...........................................................................................................

| $41,122.00 |
| --- |

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37.  **Do you own or have any legal or equitable interest in any business-related property?**
☑ No. Go to Part 6.
☐ Yes.  Go to line 38.

Official Form 106A/B                                 Schedule A/B: Property                                          page 4

Debtor 1    **Francisco Jin**                                                    Case number *(if known)*  **1-19-45642**

**Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    - ☑ No. Go to Part 7.
    - ☐ Yes.  Go to line 47.

**Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ☑ No
    - ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................  | $0.00

**List the Totals of Each Part of this Form**

| | | | |
|---|---|---:|---:|
| 55. | **Part 1: Total real estate, line 2** ......................................................................................... | | $0.00 |
| 56. | **Part 2: Total vehicles, line 5** | $0.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $5,500.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $41,122.00 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $46,622.00 | Copy personal property total | $46,622.00 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $46,622.00 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Francisco Jin** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | **1-19-45642** |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on Schedule A/B that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|---|
| | Copy the value from Schedule A/B | | *Check only one box for each exemption* | |
| **Misc. Household Goods and Furnishings** Line from *Schedule A/B*: **6.1** | $1,500.00 | ■ ☐ | $1,500.00 <br> 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Misc. Electronics** Line from *Schedule A/B*: **7.1** | $1,000.00 | ■ ☐ | $1,000.00 <br> 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Misc. Clothes** Line from *Schedule A/B*: **11.1** | $1,500.00 | ■ ☐ | $1,500.00 <br> 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Misc. Jewelry** Line from *Schedule A/B*: **12.1** | $1,500.00 | ■ ☐ | $1,500.00 <br> 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| **Personal Checkings: New Bank and Shinhan Bank in Flushing** Line from *Schedule A/B*: **17.1** | $900.00 | ■ ☐ | $900.00 <br> 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Official Form 106C

Schedule C: The Property You Claim as Exempt

page 1 of 2

| Debtor 1 | Francisco Jin | | Case number (if known) | 1-19-45642 |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Golden Mango Suffolk Corp 100 % ownership** Line from *Schedule A/B*: **19.1** | $3,800.00 | ■ $3,800.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Federal: 2018 Tax was Filed but now the amount of refund is pending** Line from *Schedule A/B*: **28.1** | $36,422.00 | ■ $9,200.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No
   ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Fill in this information to identify your case: | | |
|---|---|---|

Debtor 1  **Francisco Jin**
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)          First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number  **1-19-45642**
(if known)

☐ Check if this is an
amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify your case:**

Debtor 1        **Francisco Jin**
                First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number    **1-19-45642**
(if known)

☐ Check if this is an
    amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims against you?**

    ☐ No. Go to Part 2.

    ☐ Yes.

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

    ☐ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  | Total claim |
|---|---|---|---|
| 4.1 | **700 Suffolk Ave LLC**<br>Nonpriority Creditor's Name<br>**C/O AD Real Estate Invest<br>45 Cuttermil Rd, Suite 1<br>Great Neck, NY 11021**<br>Number Street City State Zip Code | Last 4 digits of account number ____<br><br>When was the debt incurred?    **Since 2017** | **Unknown** |

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

☐ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Any Dificiency for Back Rent**

---

Debtor 1  **Francisco Jin** _____  Case number *(if known)*  **1-19-45642**

| 4.2 | **88 Trading Corp** | Last 4 digits of account number _____ | **$4,475.43** |
|---|---|---|---|

Nonpriority Creditor's Name
**58-29 48th Street**
**Maspeth, NY 11378**

When was the debt incurred?  **Since 2017**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Unpaid Invoice for Business**

---

| 4.3 | **AB Sales** | Last 4 digits of account number _____ | **$1,364.47** |
|---|---|---|---|

Nonpriority Creditor's Name
**94 Jefryn Blvd**
**Deer Park, NY 11729**

When was the debt incurred?  **Since 2017**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt**

---

| 4.4 | **Abarrotes Mixteca Corp.** | Last 4 digits of account number _____ | **$926.36** |
|---|---|---|---|

Nonpriority Creditor's Name
**216 Midland Ave**
**Saddle Brook, NJ 07663**

When was the debt incurred?  **Since 2017**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Unpaid Invoice for Business**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor 1  Francisco Jin                                 Case number (if known)    1-19-45642

---

| 4.5 | **ALBA DAIRY INC** | Last 4 digits of account number  **125** | **$7,495.99** |

Nonpriority Creditor's Name
**256 Crescent Lane #2**                    When was the debt incurred?  **Since 2017**
**Cliffside Park, NJ 07010**
Number Street City State Zip Code           As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                            ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☐ Disputed
■ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**  ☐ Student loans
**debt**                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims
■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                       ■ Other. Specify  **Unpaid Invoice for Business**

---

| 4.6 | **Brand Name Distrubutors** | Last 4 digits of account number | **$3,046.84** |

Nonpriority Creditor's Name
**PO BOX 230122**                          When was the debt incurred?  **Since 2017**
**Brooklyn, NY 11223**
Number Street City State Zip Code           As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                            ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☐ Disputed
■ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**  ☐ Student loans
**debt**                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims
■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                       ■ Other. Specify  **Unpaid Invoice for Business**

---

| 4.7 | **Carolina's Wholesale LLC** | Last 4 digits of account number | **$1,762.65** |

Nonpriority Creditor's Name
**11235 Somerset Ave.**                     When was the debt incurred?  **Since 2017**
**Beltsville, MD 20705**
Number Street City State Zip Code           As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                            ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☐ Disputed
■ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**  ☐ Student loans
**debt**                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims
■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                       ■ Other. Specify  **Unpaid Invoice for Business**

---

Debtor 1   Francisco Jin                                    Case number (if known)   1-19-45642

| 4.8 | Circus Fruits Wholesale | Last 4 digits of account number ___ ___ ___ ___ | $43,745.00 |

**Circus Fruits Wholesale**
Nonpriority Creditor's Name
**54 Brooklyn Terminal Mkt,**
**C-5**
**Brooklyn, NY 11236**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

When was the debt incurred?   **Since 2017**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Unpaid Invoice for Business**

---

| 4.9 | Clare Rose Inc. | Last 4 digits of account number ___ ___ ___ ___ | $1,751.55 |

**Clare Rose Inc.**
Nonpriority Creditor's Name
**100 Rose Executive Blvd**
**East Yaphank, NY 11967**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

When was the debt incurred?   **Since 2017**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Unpaid Invoice for Business**

---

| 4.10 | Comercial Mexicana | Last 4 digits of account number  3460 | $4,154.41 |

**Comercial Mexicana**
Nonpriority Creditor's Name
**117 Swalm St.**
**Westbury, NY 11590**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

When was the debt incurred?   **Since 2017**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Unpaid Invoice for Business**

---

Debtor 1    **Francisco Jin**                                    Case number (if known)    **1-19-45642**

| 4.1 1 | **Diamond Rock Food Imports** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1199 Sunrise Hwy.**
**Suite 2-3**
**Copiague, NY 11726**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **4815**                    **$351.36**

**When was the debt incurred?**    **Since 2017**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Unpaid Invoice for Business**

---

| 4.1 2 | **Distribuidora Jocorena** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**199A Brook Ave**
**Deer Park, NY 11729**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes    *

**Last 4 digits of account number**    **2769**                    **$1,534.06**

**When was the debt incurred?**    **Since 2017**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Unpaid Invoice for Business**

---

| 4.1 3 | **Farms Drect JH Produce** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**189-11 Jamaica Ave.**
**2nd FL**
**Hollis, NY 11423**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**                            **$420.00**

**When was the debt incurred?**    **Since 2017**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt (Unpaid Invoice)**

---

Debtor 1    Francisco Jin                                              Case number (if known)    1-19-45642

| 4.1 4 | Foodnation, Inc | Last 4 digits of account number | $42,048.25 |

Nonpriority Creditor's Name
C/O Rosenthal & Goldhaber
1393 VeteransMemorial Hwy
Suite 212N
Hauppauge, NY 11788
Number Street City State Zip Code

When was the debt incurred?    **Since 2017**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt**

| 4.1 5 | Hellenic Treasures | Last 4 digits of account number | $810.00 |

Nonpriority Creditor's Name
PO BOX 412
Levittown, NY 11756
Number Street City State Zip Code

When was the debt incurred?    **Since 2017**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt (Unpaid Invoice)**

| 4.1 6 | Hilo Equipment & Services | Last 4 digits of account number | $1,846.62 |

Nonpriority Creditor's Name
845 South 1st Street
Ronkonkoma, NY 11779
Number Street City State Zip Code

When was the debt incurred?    **Since 2017**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business Debt (Unpaid Invoice)**

Debtor 1  Francisco Jin                                    Case number (if known)   1-19-45642

| 4.1 7 | Key Food Stores co-operat | Last 4 digits of account number ___ ___ ___ ___ | $543,066.39 |

Nonpriority Creditor's Name
**1200 South Ave**
**Staten Island, NY 10314**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Since 2017**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Guaranty for Business Debt**

| 4.1 8 | La Centroamericana | Last 4 digits of account number ___ ___ ___ ___ | $979.13 |

Nonpriority Creditor's Name
**2280 Union Blvd**
**Bay Shore, NY 11706**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Since 2017**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt (Unpaid Invoice)**

| 4.1 9 | La Flor Products,Co.,Inc | Last 4 digits of account number ___ ___ ___ ___ | $320.42 |

Nonpriority Creditor's Name
**25 Hoffman Ave**
**Hauppauge, NY 11788**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Since 2017**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt (Unpaid Invoice)**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1  Francisco Jin                                          Case number (if known)   1-19-45642

| 4.2 0 | **Mi Pulpe LLC NY** | Last 4 digits of account number _____ | $844.10 |

Nonpriority Creditor's Name

**521 Commack Rd.**
**Deer Park, NY 11729**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?   **Since 2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt (Unpaid Invoice)**

| 4.2 1 | **Moreno Produce NY Corp** | Last 4 digits of account number _____ | $9,478.50 |

Nonpriority Creditor's Name

**25 Buena Vista Ave**
**Lawrence, NY 11559**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?   **Since 2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt (Unpaid Invoice)**

| 4.2 2 | **Nationalfood Distributors** | Last 4 digits of account number _____ | $40,614.27 |

Nonpriority Creditor's Name

**47-05 Metropolitan Ave**
**Ridgewood, NY 11385**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

When was the debt incurred?   **Since 2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt (Unpaid Invoice)**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1  Francisco Jin _____  Case number (if known) __1-19-45642__

| 4.2 3 | | | |
|---|---|---|---|

**Nationalgrid** _____
Nonpriority Creditor's Name
**Accounts Processing KEDLI**
**One Metro Tech Center**
**Brooklyn, NY 11201** _____
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **5010** _____

When was the debt incurred?  **Since 2017** _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Utility Bill for Business** _____

$11,009.47

| 4.2 4 | | | |
|---|---|---|---|

**New Bank** _____
Nonpriority Creditor's Name
**146-01 Northern Blvd**
**Flushing, NY 11354** _____
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **7083** _____

When was the debt incurred?  **2017** _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Guaranty for SBA Loan** _____

$1,470,000.00

| 4.2 5 | | | |
|---|---|---|---|

**New York Produce (of NJ)** _____
Nonpriority Creditor's Name
**125 Seaview Drive**
**Secaucus, NJ 07094** _____
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **LDM5** _____

When was the debt incurred?  **Since 2017** _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt (Unpaid Invoice)** _____

$4,835.85

Debtor 1  **Francisco Jin**                                    Case number (if known)  **1-19-45642**

---

| 4.2 6 | **Northeast Banana Corp.** | Last 4 digits of account number | $4,766.50 |

Nonpriority Creditor's Name

**PO BOX 354**
**Massapequa Park, NY 11762**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    **Since 2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt (Unpaid Invoice)**

---

| 4.2 7 | **Nueva Era Meat Products,** | Last 4 digits of account number | $433.80 |

Nonpriority Creditor's Name

**4231 Park Avenue**
**Bronx, NY 10457**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    **Since 2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt (Unpaid Invoice)**

---

| 4.2 8 | **Peruvian Import Co. Inc** | Last 4 digits of account number | $223.08 |

Nonpriority Creditor's Name

**88 South St.**
**Passaic, NJ 07055**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**    **Since 2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt (Unpaid Invoice)**

---

Debtor 1   **Francisco Jin**                                           Case number (if known)   **1-19-45642**

| 4.2 9 | **PSEG Long Island** | | |
|---|---|---|---|

**PSEG Long Island**
Nonpriority Creditor's Name
PO BOX 9083
Melville, NY 11747
Number Street City State Zip Code

Last 4 digits of account number    3304                                    $25,187.59

When was the debt incurred?    **Since 2017**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☐ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Utility Bill for Business**

---

| 4.3 0 | **RNL Foods LLC** | | |
|---|---|---|---|

**RNL Foods LLC**
Nonpriority Creditor's Name
495 River Road
Clifton, NJ 07014
Number Street City State Zip Code

Last 4 digits of account number                                           $2,278.74

When was the debt incurred?    **Since 2017**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☐ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Business Debt (Unpaid Invoice)**

---

| 4.3 1 | **Royal Queens Trading Inc** | | |
|---|---|---|---|

**Royal Queens Trading Inc**
Nonpriority Creditor's Name
132-30 33rd Ave
Flushing, NY 11354
Number Street City State Zip Code

Last 4 digits of account number                                           $1,747.60

When was the debt incurred?    **Since 2017**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☐ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Business Debt (Unpaid Invoice)**

---

Debtor 1  Francisco Jin _____    Case number (if known)  **1-19-45642**

---

**4.3
2**    **RUA USA LLC** _____    Last 4 digits of account number _____    **$332.60**

Nonpriority Creditor's Name
**47-00 Northern Blvd**
**Long Island City, NY 11101**    When was the debt incurred?    **Since 2017**
Number Street City State Zip Code
Who incurred the debt? Check one.    As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only    ☐ Contingent
☐ Debtor 1 and Debtor 2 only    ☐ Unliquidated
☐ Disputed
☒ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community    ☐ Student loans
debt    ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?    report as priority claims
☒ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes    ☒ Other. Specify   **Business Debt (Unpaid Invoice)**

---

**4.3
3**    **Span American Corp** _____    Last 4 digits of account number _____    **$724.65**

Nonpriority Creditor's Name
**35 Chatham Rd**
**Commack, NY 11725**    When was the debt incurred?    **Since 2017**
Number Street City State Zip Code
Who incurred the debt? Check one.    As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only    ☐ Contingent
☐ Debtor 1 and Debtor 2 only    ☐ Unliquidated
☐ Disputed
☒ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community    ☐ Student loans
debt    ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?    report as priority claims
☒ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes    ☒ Other. Specify   **Business Debt (Unpaid Invoice)**

---

**4.3
4**    **Superior Waste Service** _____    Last 4 digits of account number _____    **$3,565.91**

Nonpriority Creditor's Name
**442 Tate St.**
**Holbrook, NY 11741**    When was the debt incurred?    **Since 2017**
Number Street City State Zip Code
Who incurred the debt? Check one.    As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only    ☐ Contingent
☐ Debtor 1 and Debtor 2 only    ☐ Unliquidated
☐ Disputed
☒ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community    ☐ Student loans
debt    ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?    report as priority claims
☒ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes    ☒ Other. Specify   **Business Debt (Unpaid Invoice)**

---

Debtor 1    **Francisco Jin**                          Case number (if known)    **1-19-45642**

| 4.3 5 | Triangle Quality Foods | | | $941.02 |
|---|---|---|---|---|

**Triangle Quality Foods**
Nonpriority Creditor's Name
**2306 51st Place**
**Hyattsville, MD 20781**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred?    **Since 2017**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt (Unpaid Invoice)**

---

| 4.3 6 | UNIFOODS LLC. | 2645 | | $916.42 |
|---|---|---|---|---|

**UNIFOODS LLC.**
Nonpriority Creditor's Name
**19 Harding Place**
**Little Ferry, NJ 07643**
Number Street City State Zip Code

Last 4 digits of account number    **2645**

When was the debt incurred?    **Since 2017**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt (Unpaid Invoice)**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Credit Protection Asso.**
**13355 Noel Rd.,Suite 2100**
**Dallas, TX 75240**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.23** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Kaufman Dolowich&Voluck**
**135 Crossways Park Drive,**
**Suite 201**
**Woodbury, NY 11797**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.17** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**ROBERT YU LLC**
**449 Broad Avenue**
**2nd Floor**
**Palisades Park, NJ 07650**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.24** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Rosenthal&Goldhaber,P.C.**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims

---

| | |
|---|---|
| Debtor 1  Francisco Jin | Case number (if known)  1-19-45642 |

1393 Veterans Memorial
Highway, Suite 212N
Hauppauge, NY 11788

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Stokes Law Office LLP**
**3330 Oakwell Court**
**Suite 225**
**San Antonio, TX 78218**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.8** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**The LaSource Group**
**PO BOX 422**
**North East, PA 16428**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**USDA**
**100 Riverside Pkwy**
**Suite 101**
**Fredericksburg, VA 22406**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.26** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  | | | | | Total Claim |
|---|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

|  | | | | | Total Claim |
|---|---|---|---|---|---|
| Total claims from Part 2 | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 2,237,999.03 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 2,237,999.03 |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Francisco Jin** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number | **1-19-45642** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                                      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| **Person or company with whom you have the contract or lease** | **State what the contract or lease is for** |
|---|---|
| Name, Number, Street, City, State and ZIP Code | |

**2.1**
Name
Number    Street
City              State        ZIP Code

**2.2**
Name
Number    Street
City              State        ZIP Code

**2.3**
Name
Number    Street
City              State        ZIP Code

**2.4**
Name
Number    Street
City              State        ZIP Code

**2.5**
Name
Number    Street
City              State        ZIP Code

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Francisco Jin** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number | **1-19-45642** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☑ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include* Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

**Column 1:** Your codebtor
Name, Number, Street, City, State and ZIP Code

**Column 2:** The creditor to whom you owe the debt
Check all schedules that apply:

3.1 **Golden Mango Suffolk Corp**
**700 Suffolk Avenue**
**Brentwood, NY 11717**
**Business Closed approximately in February 2019 because of minus operation.**

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.24**
☐ Schedule G _____
**New Bank**

3.2 **Golden Mango Suffolk Corp**
**700 Suffolk Avenue**
**Brentwood, NY 11717**
**Business Closed approximately in February 2019 because of minus operation.**

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.17**
☐ Schedule G _____
**Key Food Stores co-operat**

3.3 **Golden Mango Suffolk Corp**
**700 Suffolk Avenue**
**Brentwood, NY 11717**
**Business Closed approximately in February 2019 because of minus operation.**

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.8**
☐ Schedule G _____
**Circus Fruits Wholesale**

Debtor 1  Francisco Jin                                         Case number *(if known)*  1-19-45642

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4  **Golden Mango Suffolk Corp**<br>**700 Suffolk Avenue**<br>**Brentwood, NY 11717** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   **4.1**<br>☐ Schedule G _____<br>**700 Suffolk Ave LLC** |
| 3.5  **Golden Mango Suffolk Corp**<br>**700 Suffolk Avenue**<br>**Brentwood, NY 11717**<br>**Business Closed approximately in February 2019 because of**<br>**minus operation.** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   **4.22**<br>☐ Schedule G _____<br>**Nationalfood Distributors** |
| 3.6  **Golden Mango Suffolk Corp**<br>**700 Suffolk Avenue**<br>**Brentwood, NY 11717**<br>**Business Closed approximately in February 2019 because of**<br>**minus operation.** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   **4.23**<br>☐ Schedule G _____<br>**Nationalgrid** |
| 3.7  **Golden Mango Suffolk Corp**<br>**700 Suffolk Avenue**<br>**Brentwood, NY 11717**<br>**Business Closed approximately in February 2019 because of**<br>**minus operation.** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   **4.29**<br>☐ Schedule G _____<br>**PSEG Long Island** |
| 3.8  **Golden Mango Suffolk Corp**<br>**700 Suffolk Avenue**<br>**Brentwood, NY 11717**<br>**Business Closed approximately in February 2019 because of**<br>**minus operation.** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   **4.2**<br>☐ Schedule G _____<br>**88 Trading Corp** |
| 3.9  **Golden Mango Suffolk Corp**<br>**700 Suffolk Avenue**<br>**Brentwood, NY 11717**<br>**Business Closed approximately in February 2019 because of**<br>**minus operation.** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   **4.3**<br>☐ Schedule G _____<br>**AB Sales** |
| 3.10  **Golden Mango Suffolk Corp**<br>**700 Suffolk Avenue**<br>**Brentwood, NY 11717**<br>**Business Closed approximately in February 2019 because of**<br>**minus operation.** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   **4.4**<br>☐ Schedule G _____<br>**Abarrotes Mixteca Corp.** |

Debtor 1    Francisco Jin                                        Case number *(if known)*  **1-19-45642**

| | Additional Page to List More Codebtors |
|---|---|

*Column 1:* Your codebtor | *Column 2:* The creditor to whom you owe the debt
Check all schedules that apply:

**3.11**  **Golden Mango Suffolk Corp**
700 Suffolk Avenue
Brentwood, NY 11717
Business Closed approximately in February 2019 because of minus operation.

☐ Schedule D, line _____
■ Schedule E/F, line ___4.5___
☐ Schedule G _____
**ALBA DAIRY INC**

---

**3.12**  **Golden Mango Suffolk Corp**
700 Suffolk Avenue
Brentwood, NY 11717
Business Closed approximately in February 2019 because of minus operation.

☐ Schedule D, line _____
■ Schedule E/F, line ___4.6___
☐ Schedule G _____
**Brand Name Distrubutors**

---

**3.13**  **Golden Mango Suffolk Corp**
700 Suffolk Avenue
Brentwood, NY 11717
Business Closed approximately in February 2019 because of minus operation.

☐ Schedule D, line _____
■ Schedule E/F, line ___4.7___
☐ Schedule G _____
**Carolina's Wholesale LLC**

---

**3.14**  **Golden Mango Suffolk Corp**
700 Suffolk Avenue
Brentwood, NY 11717
Business Closed approximately in February 2019 because of minus operation.

☐ Schedule D, line _____
■ Schedule E/F, line ___4.9___
☐ Schedule G _____
**Clare Rose Inc.**

---

**3.15**  **Golden Mango Suffolk Corp**
700 Suffolk Avenue
Brentwood, NY 11717
Business Closed approximately in February 2019 because of minus operation.

☐ Schedule D, line _____
■ Schedule E/F, line ___4.10___
☐ Schedule G _____
**Comercial Mexicana**

---

**3.16**  **Golden Mango Suffolk Corp**
700 Suffolk Avenue
Brentwood, NY 11717
Business Closed approximately in February 2019 because of minus operation.

☐ Schedule D, line _____
■ Schedule E/F, line ___4.11___
☐ Schedule G _____
**Diamond Rock Food Imports**

---

**3.17**  **Golden Mango Suffolk Corp**
700 Suffolk Avenue
Brentwood, NY 11717
Business Closed approximately in February 2019 because of minus operation.

☐ Schedule D, line _____
■ Schedule E/F, line ___4.12___
☐ Schedule G _____
**Distribuidora Jocorena**

---

Debtor 1  **Francisco Jin** _____     Case number *(if known)*  **1-19-45642**

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**
Check all schedules that apply:

---

3.18  **Golden Mango Suffolk Corp**
**700 Suffolk Avenue**
**Brentwood, NY 11717**
**Business Closed approximately in February 2019 because of minus operation.**

☐ Schedule D, line _____
■ Schedule E/F, line **4.13**
☐ Schedule G _____
**Farms Drect JH Produce**

---

3.19  **Golden Mango Suffolk Corp**
**700 Suffolk Avenue**
**Brentwood, NY 11717**
**Business Closed approximately in February 2019 because of minus operation.**

☐ Schedule D, line _____
■ Schedule E/F, line **4.14**
☐ Schedule G _____
**Foodnation, Inc**

---

3.20  **Golden Mango Suffolk Corp**
**700 Suffolk Avenue**
**Brentwood, NY 11717**
**Business Closed approximately in February 2019 because of minus operation.**

☐ Schedule D, line _____
■ Schedule E/F, line **4.15**
☐ Schedule G _____
**Hellenic Treasures**

---

3.21  **Golden Mango Suffolk Corp**
**700 Suffolk Avenue**
**Brentwood, NY 11717**
**Business Closed approximately in February 2019 because of minus operation.**

☐ Schedule D, line _____
■ Schedule E/F, line **4.16**
☐ Schedule G _____
**Hilo Equipment & Services**

---

3.22  **Golden Mango Suffolk Corp**
**700 Suffolk Avenue**
**Brentwood, NY 11717**
**Business Closed approximately in February 2019 because of minus operation.**

☐ Schedule D, line _____
■ Schedule E/F, line **4.18**
☐ Schedule G _____
**La Centroamericana**

---

3.23  **Golden Mango Suffolk Corp**
**700 Suffolk Avenue**
**Brentwood, NY 11717**
**Business Closed approximately in February 2019 because of minus operation.**

☐ Schedule D, line _____
■ Schedule E/F, line **4.19**
☐ Schedule G _____
**La Flor Products,Co.,Inc**

---

3.24  **Golden Mango Suffolk Corp**
**700 Suffolk Avenue**
**Brentwood, NY 11717**
**Business Closed approximately in February 2019 because of minus operation.**

☐ Schedule D, line _____
■ Schedule E/F, line **4.20**
☐ Schedule G _____
**Mi Pulpe LLC NY**

---

Debtor 1  **Francisco Jin**

Case number *(if known)*  **1-19-45642**

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**
Check all schedules that apply:

3.25  **Golden Mango Suffolk Corp**
**700 Suffolk Avenue**
**Brentwood, NY 11717**
**Business Closed approximately in February 2019 because of**
**minus operation.**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.21__
☐ Schedule G _____
**Moreno Produce NY Corp**

3.26  **Golden Mango Suffolk Corp**
**700 Suffolk Avenue**
**Brentwood, NY 11717**
**Business Closed approximately in February 2019 because of**
**minus operation.**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.25__
☐ Schedule G _____
**New York Produce (of NJ)**

3.27  **Golden Mango Suffolk Corp**
**700 Suffolk Avenue**
**Brentwood, NY 11717**
**Business Closed approximately in February 2019 because of**
**minus operation.**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.26__
☐ Schedule G _____
**Northeast Banana Corp.**

3.28  **Golden Mango Suffolk Corp**
**700 Suffolk Avenue**
**Brentwood, NY 11717**
**Business Closed approximately in February 2019 because of**
**minus operation.**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.27__
☐ Schedule G _____
**Nueva Era Meat Products,**

3.29  **Golden Mango Suffolk Corp**
**700 Suffolk Avenue**
**Brentwood, NY 11717**
**Business Closed approximately in February 2019 because of**
**minus operation.**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.28__
☐ Schedule G _____
**Peruvian Import Co. Inc**

3.30  **Golden Mango Suffolk Corp**
**700 Suffolk Avenue**
**Brentwood, NY 11717**
**Business Closed approximately in February 2019 because of**
**minus operation.**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.30__
☐ Schedule G _____
**RNL Foods LLC**

3.31  **Golden Mango Suffolk Corp**
**700 Suffolk Avenue**
**Brentwood, NY 11717**
**Business Closed approximately in February 2019 because of**
**minus operation.**

☐ Schedule D, line _____
☒ Schedule E/F, line __4.31__
☐ Schedule G _____
**Royal Queens Trading Inc**

Debtor 1   **Francisco Jin**                                                                Case number *(if known)*   **1-19-45642**

| | Additional Page to List More Codebtors |
|---|---|

Column 1: **Your codebtor**                                     *Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

3.32   **Golden Mango Suffolk Corp**
       **700 Suffolk Avenue**
       **Brentwood, NY 11717**
       **Business Closed approximately in February 2019 because of**
       **minus operation.**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.32___
☐ Schedule G _____
**RUA USA LLC**

3.33   **Golden Mango Suffolk Corp**
       **700 Suffolk Avenue**
       **Brentwood, NY 11717**
       **Business Closed approximately in February 2019 because of**
       **minus operation.**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.33___
☐ Schedule G _____
**Span American Corp**

3.34   **Golden Mango Suffolk Corp**
       **700 Suffolk Avenue**
       **Brentwood, NY 11717**
       **Business Closed approximately in February 2019 because of**
       **minus operation.**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.34___
☐ Schedule G _____
**Superior Waste Service**

3.35   **Golden Mango Suffolk Corp**
       **700 Suffolk Avenue**
       **Brentwood, NY 11717**
       **Business Closed approximately in February 2019 because of**
       **minus operation.**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.35___
☐ Schedule G _____
**Triangle Quality Foods**

3.36   **Golden Mango Suffolk Corp**
       **700 Suffolk Avenue**
       **Brentwood, NY 11717**
       **Business Closed approximately in February 2019 because of**
       **minus operation.**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.36___
☐ Schedule G _____
**UNIFOODS LLC.**

Fill in this information to identify your case:

Debtor 1 __**Francisco Jin**_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number __**1-19-45642**_____
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                   12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | Fill in your employment information. | | |

| Employment status | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| | ☐ Employed | ☐ Employed |
| | ■ Not employed | ☐ Not employed |

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Occupation | _____ | _____ |
| Employer's name | _____ | _____ |
| Employer's address | _____ | _____ |
| How long employed there? | _____ | _____ |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross Income. Add line 2 + line 3. | 4. | $ 0.00 | $ N/A |

| Debtor 1 | Francisco Jin | | Case number (if known) | 1-19-45642 |
|---|---|---|---|---|

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | Copy line 4 here | | 4. | $ 0.00 | $ N/A |
| 5. | List all payroll deductions: | | | | |
| | 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ N/A |
| | 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| | 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| | 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| | 5e. | Insurance | 5e. | $ 0.00 | $ N/A |
| | 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| | 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| | 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 | + $ N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | | 6. | $ 0.00 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | | 7. | $ 0.00 | $ N/A |
| 8. | List all other income regularly received: | | | | |
| | 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| | 8b. | Interest and dividends | 8b. | $ 0.00 | $ N/A |
| | 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| | 8d. | Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| | 8e. | Social Security | 8e. | $ 0.00 | $ N/A |
| | 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | $ 0.00 | $ N/A |
| | 8g. | Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| | 8h. | Other monthly income. Specify: Gift from Brother | 8h.+ | $ 1,000.00 | + $ N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | | 9. | $ 1,000.00 | $ N/A |

10. **Calculate monthly income.** Add line 7 + line 9.        10. $ 1,000.00 + $ N/A = $ 1,000.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:        11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies        12. $ 1,000.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain:

Fill in this information to identify your case:

Debtor 1 __Francisco Jin__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number __1-19-45642__
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

# Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ■ No

    Do not list Debtor 1 and     ☐ Yes.  Fill out this information for
    Debtor 2.                              each dependent..............

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| Do not state the dependents names. | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No
    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | Your expenses |
|---|---|

| | | |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 0.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

Debtor 1   **Francisco Jin**                                  Case number (if known)   **1-19-45642**

6. **Utilities:**
   6a.   Electricity, heat, natural gas                                        6a.   $ _____ 0.00
   6b.   Water, sewer, garbage collection                                      6b.   $ _____ 0.00
   6c.   Telephone, cell phone, Internet, satellite, and cable services        6c.   $ _____ 200.00
   6d.   Other. Specify: _____                                       6d.   $ _____ 0.00
7. **Food and housekeeping supplies**                                          7.    $ _____ 400.00
8. **Childcare and children's education costs**                                8.    $ _____ 0.00
9. **Clothing, laundry, and dry cleaning**                                     9.    $ _____ 100.00
10. **Personal care products and services**                                    10.   $ _____ 0.00
11. **Medical and dental expenses**                                            11.   $ _____ 0.00
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.                                               12.   $ _____ 250.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books**     13.   $ _____ 50.00
14. **Charitable contributions and religious donations**                       14.   $ _____ 0.00
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a.   Life insurance                                                       15a.  $ _____ 0.00
    15b.   Health insurance                                                     15b.  $ _____ 0.00
    15c.   Vehicle insurance                                                    15c.  $ _____ 0.00
    15d.   Other insurance. Specify: _____                           15d.  $ _____ 0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____                                                   16.   $ _____ 0.00
17. **Installment or lease payments:**
    17a.   Car payments for Vehicle 1                                           17a.  $ _____ 0.00
    17b.   Car payments for Vehicle 2                                           17b.  $ _____ 0.00
    17c.   Other. Specify: _____                                     17c.  $ _____ 0.00
    17d.   Other. Specify: _____                                     17d.  $ _____ 0.00
18. **Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**   18.   $ _____ 0.00
19. **Other payments you make to support others who do not live with you.**    19.   $ _____ 0.00
    Specify: _____
20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*
    20a.   Mortgages on other property                                          20a.  $ _____ 0.00
    20b.   Real estate taxes                                                    20b.  $ _____ 0.00
    20c.   Property, homeowner's, or renter's insurance                         20c.  $ _____ 0.00
    20d.   Maintenance, repair, and upkeep expenses                             20d.  $ _____ 0.00
    20e.   Homeowner's association or condominium dues                          20e.  $ _____ 0.00
21. **Other:** Specify: _____                                        21.   +$ _____ 0.00

22. **Calculate your monthly expenses**
    22a. Add lines 4 through 21.                                                      $ _____ 1,000.00
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   $ _____
    22c. Add line 22a and 22b. The result is your monthly expenses.                  $ _____ 1,000.00

23. **Calculate your monthly net income.**
    23a. Copy line 12 *(your combined monthly income)* from Schedule I.          23a.  $ _____ 1,000.00
    23b. Copy your monthly expenses from line 22c above.                         23b.  -$ _____ 1,000.00

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income.*                               23c.  $ _____ 0.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a
    modification to the terms of your mortgage?
    ☑ No.
    ☐ Yes.        Explain here: _____

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Francisco Jin** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK | |
| Case number | **1-19-45642** | |
| (if known) | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Sign Below |
|---|---|

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Francisco Jin**                                X _____
  **Francisco Jin**                                        Signature of Debtor 2
  Signature of Debtor 1

Date **September 26, 2019**                        Date _____

Official Form 106Dec             Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of New York

In re   Francisco Jin _____  Case No.   **1-19-45642**
                                    Debtor(s)         Chapter    **7**

## AFFIDAVIT PURSUANT TO LOCAL RULE 1007-1(B)

___**Francisco Jin**___, undersigned debtor herein, swears as follows:

1.  Debtor filed a petition under chapter **7** of the Bankruptcy Code on **September 19, 2019**.

2.  All Schedule(s) were not filed at the time of filing of the said petition, and is/are being filed herewith.
    ( A/B, C, D, E/F, G, H, I, J )

3.  [*Check applicable box*]:

    ☑  The schedules filed herewith reflect no additions or corrections to, or deletions from, the list of creditors which accompanied the petition.

    ☐  Annexed hereto is a listing of names and addresses of scheduled creditors added to or deleted from the list of creditors which accompanied the petition. Also listed, as applicable, are any scheduled creditors whose previously listed names and/or addresses have been corrected. The nature of the change (addition, deletion or correction) is indicated for each creditor listed.

4.  [*If creditors have been added*] An amended mailing matrix is annexed hereto, listing added creditors ONLY, in the format prescribed by Local Rule 1007-3.

***Reminder: No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court.***

Any additions to the list of creditors which accompanied the petition will be deemed an amendment to that list; if this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within which any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. This motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 10 days following filing of proof of service of this affirmation, all attachments and the amended schedules in accordance with EDNY LRB 1009-1.

Dated:   September 26, 2019 _____

                                    /s/ Francisco Jin _____
                                    Francisco Jin
                                    Debtor (*signature*)

Sworn to before me this   26th
day of   September _____, 20

_____
Notary Public, State of New York

YOUNG KON NAH
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02NA6211278
Qualified in Queens County
Commission Expires September 14, 2021

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com