UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:  FRANCISCO JIN

                                                      CASE NO.: 19-45642-nhl

                    DEBTOR        CHAPTER  7

                                                     AFFIDAVIT CONCERNING
                                                     DEBTOR'S INCOME
-------------------------------------------------------X

STATE OF NEW YORK      )
                                  ) ss.:
COUNTY OF QUEENS     )

I, Francisco Jin, being duly sworn, depose and say:

1. I am the Debtor in the above action.

2. I, during the last Sixty (60) days, earned approximately $2,000 from my brother as gift.

3. I, therefore, provide this Affidavit.

Dated: September 23, 2019

                                                                       _____
                                                                           Francisco Jin

Sworn to before me this
23rd of September 2019

_____
Notary Public

```
YOUNG KON NAH
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02NA6211278
Qualified in Queens County
Commission Expires September 14, 2021
```