**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------X
IN RE:   Francisco Jin

                                                        CASE NO.: 19-45642-nhl

                      DEBTOR        CHAPTER   7

                                                **CHANGE OF ADDRESS**

-----------------------------------------------------X

A debtor, Mr. Francisco Jin's Address has been changed on October 10, 2019 to the following Address:

      Old Address:    47-17 161st Street, 1FL
                                Flushing, NY 11358

     **New Address:**   **24428 88th Dr.**
                                  **Bellerose, NY 11426**

Dated: October 30, 2019

                                                          /s/Young Kon Nah
                                                          YK Nah, Law Firm, P.C.
                                                          45-22 162nd Street, Suite 2A
                                                          Flushing, New York 11358
                                                          Tel: (718) 886-5005
                                                          ynahlaw@gmail.com
                                                          ATTORNEY FOR DEBTOR